2006 OK CR 9

## In re AMENDMENT OF the RULES OF the COURT OF CRIMINAL APPEALS of the State of Oklahoma.

### No. CCAD–2006–1.

Court of Criminal Appeals of Oklahoma.

March 23, 2006.

### ORDER ADOPTING AMENDMENT TO RULE 1.13

¶ 1 Pursuant to the provisions of Section of 1051(b) of Title 22 of the Oklahoma Statutes, we hereby revise, adopt, promulgate and republish portions of Rule 1.13 DEFINITIONS, *Rules of the Oklahoma Court of Criminal Appeals,* Title 22, Ch. 18, App. (2005), by adding the new provision defining verification/Notary Public in Rule 1.13 L as follows: (strike through denotes deleted words, **bold** denotes added words)

**L. Verification/Notary Public. For the purpose of these Rules when a Rule or Form requires that a document be verified before a Notary Public or**

other person authorized to administer oaths, it shall be sufficient if the person required to verify the document or form complies with the provisions of 12 O.S.Supp.2004, § 426, and verifies utilizing the statutory verification as follows: "I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct. (*Date and place*) (*Signature*)" with the date and place printed on the line and the name printed under the signature.

¶ 2 This revision shall become effective on the date of this order.

¶ 3 **IT IS SO ORDERED.**

¶ 4 **WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 23rd day of March, 2006.

/s/ Charles S. Chapel
CHARLES S. CHAPEL, Presiding Judge

/s/ Gary L. Lumpkin
GARY L. LUMPKIN, Vice Presiding Judge

/s/ Charles A. Johnson
CHARLES A. JOHNSON, Judge

/s/ Arlene Johnson
ARLENE JOHNSON, Judge

/s/ David Lewis
DAVID LEWIS, Judge